# IN THE UNITED STATES DISTRICT COURT
### FOR THE DISTRICT OF MINNESOTA

## ARRAIGNMENT MINUTES

UNITED STATES OF AMERICA,
                              Plaintiff,

v.

Abdinasir Mahamed Abshir (10),
                              Defendant.

## COURT MINUTES - CRIMINAL
BEFORE:   DAVID T. SCHULTZ
U.S. Magistrate Judge

| | |
|---|---|
| Case No: | 22-cr-223 NEB/TNL |
| Date: | September 20, 2022 |
| Courthouse: | Minneapolis |
| Courtroom: | 9E |
| Time Commenced: | 2:52 p.m. |
| Time Concluded: | 2:59 p.m. |
| Time in Court: | 7 minutes |

APPEARANCES:

  Plaintiff: Matthew Ebert and Joe Thompson, Assistant U.S. Attorney
  Defendant: Craig Cascarano,
                    X Retained

**Indictment Dated:** 9/13/2022

    X Reading of Indictment Waived       X Not Guilty Plea Entered

Other Remarks:
    X Counsel to be notified of additional dates by separate Order to be issued.

_____ s/jam
Signature of Courtroom Deputy