REC'D U.S. MARSHAL MPLS
FEB 19 '25 AM 9:18

F#11471706

# UNITED STATES DISTRICT COURT
for the
District of Minnesota

RECEIVED
FEB 27 2025
CLERK, U.S. DISTRICT COURT
MINNEAPOLIS, MINNESOTA

United States of America,
Plaintiff,

v.                                        Case No. 0:22-cr-00223-NEB-DTS(Dft 10)

Abdinasir Mahamed Abshir,

Defendant.

## ARREST WARRANT

To: Any authorized law enforcement officer

**YOU ARE COMMANDED** to arrest and bring before a United States magistrate judge without unnecessary delay

(name of person to be arrested)    Abdinasir Mahamed Abshir ,

who is accused of an offense or violation based on the following document filed with the court:   ( ) Order of Court
( ) Indictment   ( ) Superseding Indictment   ( ) Information   ( ) Superseding Information   ( ) Complaint
( ) Probation Violation Petition   ( ) Supervised Release Violation Petition   ( X ) Pretrial Violation Petition

This offense is briefly described as follows:
Violation of Pretrial Release

Date:    February 19, 2025

_____
Kate M. Fogarty, Clerk of Court

City and state:  Minneapolis, MN

_____
Printed name and title

### Return

This warrant was received on (date) _____, and the person was arrested on (date) _____
at (city and state) _____.

Date: _____

ARRESTED ON 2/21/2025
ARRESTED BY TRS
U.S. MARSHAL
DISTRICT OF MINNESOTA
BY _____

Arresting officer's signature

Printed name and title

SCANNED
FEB 27 2025
U.S. DISTRICT COURT MPLS